October 20, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

LJR SERVICES, L.L.C., GENERAL PARTNER OF CORPORATE FINANCE PARTNERS, L.P., D/B/A CORPORATE FINANCE ASSOCIATES, Appellant

NO. 14-11-00365-CV            V.

JOHN SIMONETTI, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on March 25, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by LJR SERVICES, L.L.C., GENERAL PARTNER OF CORPORATE FINANCE PARTNERS, L.P., D/B/A CORPORATE FINANCE ASSOCIATES.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.